IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-10752
Conference Calendar
_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

TED CALVIN BLAND,

                              Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:99-CR-104-1-Y
- - - - - - - - - -
February 17, 2000

Before EMILIO M. GARZA, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender appointed to represent Ted

Calvin Bland has moved for leave to withdraw and has filed a

brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967).

Bland has not filed a response to counsel's motion.  Counsel

asserts that the district court did not abuse its discretion by

revoking Bland's supervised release and that the court's

subsequent sentence was neither in violation of the law nor

plainly unreasonable.  Our independent review of counsel's <u>Anders</u>

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  5th Cir. R. 42.2.